ROMA H. WARE, Appellant, v. HENRY H. WEHRHANE, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

LOUIS ROBBINS, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes to fix amount of the attachment in the sum of $25,000.

FAY WEBB VALLEE, Appellant, v. HUBERT PRIOR VALLEE, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FLORENCE W. ROBERTS, Respondent, v. OWEN F. ROBERTS, Appellant.— Order modified as indicated in order, and as so modified affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROBERT J. SEYMOUR, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK and Another, Appellants.— Order modified by providing that the books and records to be produced and their inspection shall be under the restrictions laid down in *Zeltner* v. *Fidelity & Deposit Company of Maryland* (220 App. Div. 21); and further modified by limiting the examination of the defendant National City Bank to items 1, 5, 33 to 38, inclusive, and 45 to 50, inclusive, and as thus modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Enforcement of an Attorney's Lien by DAVID HAAR, Attorney at Law, Respondent, against AEROBOCKER CORPORATION and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ASSOCIATED HOTELS, INC., OF NEW ENGLAND, Appellant, v. THEODORE DEWITT, Respondent.— Order modified by reducing the amount of security to be furnished by the plaintiff to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CARROLL V. GERAN, Appellant, v. BANCROFT SMITH and Another, Individually and as Copartners, etc., Respondents — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.